

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00316-CV

Sharron **BROWN**,
Appellant

v.

**PORTFOLIO RECOVERY ASSOCIATES LLC**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2018CV06932
Honorable Gloria Saldana, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Beth Watkins, Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: August 14, 2019

DISMISSED FOR WANT OF PROSECUTION

On June 26, 2019, the trial court clerk filed a notification, stating that the clerk's record had not been filed because appellant had not paid or made arrangements to pay the clerk's fee for preparing the record and that appellant was not entitled to appeal without paying the fee. On July 9, 2019, we ordered appellant to provide written proof to this court on or before July 19, 2019 that either (1) the clerk's fee had been paid or arrangements had been made to pay the clerk's fee; or (2) she was entitled to appeal without paying the clerk's fee. We cautioned appellant that if she failed to respond within the time provided, her appeal would be dismissed for want of prosecution.

*See* TEX. R. APP. P. 37.3(b).  Appellant has not filed a response, and our clerk's office contacted the trial court clerk, who indicated no payment has been received.

We therefore order this appeal dismissed for want of prosecution.  *See id.*  We order that appellee recover its costs of this appeal, if any, from appellant.

PER CURIAM